## THIRD DEPARTMENT, OCTOBER, 1962

### (October 3, 1962)

■ In the Matter of JOHN P. CALLANAN, SR.— Appeal from an order of a Special Term, Supreme Court, Schuyler County. In this proceeding pursuant to section 333 of the Election Law, instituted five days after the primary election of September 6, 1962, petitioner as a candidate for the Republican nomination of Member of Assembly in Schuyler County seeks an examination of all the ballots cast at the primary election. The official canvass shows petitioner was defeated by 29 votes. A total of 2,811 votes was cast. The office of County Treasurer was the only other office at issue in the primary. A total of 2,811 votes was also cast for this office. There were 81 votes marked "void" in the Assembly contest and the same number in the County Treasurer contest. In 13 of the 19 election districts the official canvass shows that the number of ballots marked "void" was identical for both offices. The court at Special Term has dismissed the petition on the ground no sufficient factual showing has been made by petitioner to warrant examination of any ballots. The printed ballots carried the voting boxes for the two offices close together; an erroneous mark or other mistake in voting for one office would not necessarily void a vote for the other office; and the exact coincidence of the number of void ballots for both offices in so many districts suggests the possibility of error of judgment on the part of election inspectors in holding some of the ballots to be void. We are of opinion, therefore, that a sufficient showing has been made to justify the inspection of the ballots only which were classified as "void". The court's authority under section 333 is to allow an inspection "upon such conditions as may be proper". The relief to which we have found appellant entitled, is granted pursuant to section 333 of the Election Law and we do not pass upon whatever question may exist as to the sufficiency of the petition to warrant relief under subdivision 4 of section 330, or as to the treatment which might be accorded an application to amend the present petition so as to conform thereto. Order modified on the law and the facts to direct an inspection of the void ballots; and as thus modified affirmed, without costs. Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.

■ In the Matter of LEWIS A. HARRIS.— Application granted. Present— Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

### (October 4, 1962)

In decisions Nos. 1–7: Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ (A) In the Matter of the Claim of JOSEPHINE SCAFURI, Appellant, v. ADORABLE DANCE FROCKS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of MORRIS TOBIAS, Appellant, v. DANCE ORIGINALS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) In the Matter of the Claim of ROSE F. STABILE, Appellant, v. JOSETTE SPORTSWEAR et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (D) In the Matter of the Claim of MORRIS WOLKOFF, Appellant, v. AINSLEY FROCKS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (E) In the Matter of the Claim of ELIZABETH ZECHNOFF, Appellant, v. LOVETTS FASHIONS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (F) In the Matter of the Claim of MORRIS EDELMAN, Appellant, v. SAMUEL GEORSKY & Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (G) In the Matter of the Claim

of ILONA UNGAR, Appellant, v. J. C. DRESS Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (H) In the Matter of the Claim of BLANCA RODRIGUEZ, Appellant, v. PHYLLIS GARMENT COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (I) In the Matter of the Claim of SAM ROSENBERG, Appellant, v. HONEY MAID DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (J) In the Matter of the Claim of MAMIE CASANO, Appellant, v. A & F DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (K) In the Matter of the Claim of IDA PODGER, Appellant, v. L & S DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (L) In the Matter of the Claim of DORA KARAS, Appellant, v. PROPER DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (M) In the Matter of the Claim of VINCENZA ALAGNA, Appellant, v. ROSARIO FROCKS 2ND et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (N) In the Matter of the Claim of INOCENCIA RAMOS, Appellant, v. MILLS HOTEL TRUST et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (O) In the Matter of GEORGE N. RAYBIN, Petitioner, v. NEW YORK STATE CIVIL SERVICE COMMISSION, Respondent. (P) In the Matter of the Claim of ANTHONY S. GEDRAYTIS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Q) In the Matter of the Claim of ANTON HUBAL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (R) In the Matter of the Claim of CHARLES A. WATSON, Appellant. MARTIN P. CATHER-WOOD, as Industrial Commissioner, Respondent. (S) In the Matter of the Claim of FRANK M. PASTELLA, SR., Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (T) In the Matter of the Claim of JOHN RUGGIERE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (U) In the Matter of the Claim of SADIE STEIN, Appellant. MARTIN P. CATHER-WOOD, as Industrial Commissioner, Respondent. (V) In the Matter of the Claim of MILDRED GALLAGHER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (W) In the Matter of the Claim of SUZZANNE KRAMER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (X) In the Matter of the Claim of JANE MANNING, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Y) In the Matter of the Claim of EDWARD MADSEN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Z) In the Matter of the Claim of MANUEL CENTENO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (AA) In the Matter of the Claim of HARRY V. GULLEY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (BB) In the Matter of the Claim of MARY O. McCOLGAN, Appellant, ST. MARY's HOSPITAL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (CC) In the Matter of the Claim of MADELINE M. LAFFIN, Appellant, v. IMPERIAL LOUNGE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (DD) In the Matter of the Estate of DAVID J. CROUSE, Deceased. MANUFACTURERS NATIONAL BANK OF TROY, Appellant; RAYMOND C. FRIES as Trustee under the Will of David J. Crouse, Deceased, Respondent. (EE) In the Matter of the Claim of EDWIN PAWLISKE, Appellant, v. WALKER-STRESING et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (FF) BRONISLAW KLIGLICH, Respondent, v. MICHAEL KAMINSKY et al., Appellants. (GG) In the Matter of the Claim of CARMEN BAERGA, Appellant, v. SQUARE FROCKS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (HH) In the Matter of the Claim of FRANCES BIFULCO, Appellant, v. JOHN VERNINO et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (II) In the Matter of the Claim of ROSE CATANZARO, Appellant, v. LILLIAN DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION

BOARD, Respondent. (JJ) In the Matter of the Claim of KALMAN COHEN, Appellant, v. GRABOIS DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (KK) In the Matter of the Claim of YOLANDA DE CAMPOS, Appellant, v. NORMA DE CAMPOS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (LL) In the Matter of the Claim of DORA DUCHIN, Appellant, v. KARMIL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (MM) In the Matter of the Claim of SARAH SOMMA, Appellant, v. SYBIL DRESS SHOPPE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (NN) In the Matter of the Claim of ROSE L. MARRONE, Appellant, v. JOSETTE DRESS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (OO) In the Matter of the Claim of ANNA MISWICK, Appellant, v. FASHION FAIR DRESS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (PP) In the Matter of the Claim of FRANCES OLIVA, Appellant, v. ROSELY DRESS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (QQ) In the Matter of the Claim of MATILDA TIANO, Appellant, v. SALANE FROCKS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (RR) In the Matter of the Claim of RAY USPRICH, Appellant, v. LOU-RAE DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Responden. 'SS) In the Matter of the Claim of GERDA MANHEIMER, Appellant, v. PAUL PARNES CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (TT) In the Matter of the Claim of RAMONA MARRERO, Appellant, v. DORAN MANUFACTURING Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (UU) In the Matter of the Claim of IRVING MEIZLIK, Appellant, v. RENTRO DRESS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (VV) In the Matter of the Claim of CRISTINA NEGRON, Appellant, v. MORRIS ZIMMERMAN et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (WW) In the Matter of the Claim of NINA C. VALENTI, Appellant, v. G. MORANO et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (XX) In the Matter of the Claim of JACK WEINMAN, Appellant, v. FELDMAN DRESS Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (YY) In the Matter of the Claim of BENJAMIN WEINSTEIN, Appellant, v. ARGONNE COSTUME COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (ZZ) In the Matter of the Claim of LOUISE BRUNETTI, Appellant, v. DORE BRIAN DRESSES, INC., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (AAA) In the Matter of the Claim of MAY CARP, Appellant, v. KURTZ AND SON et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (BBB) In the Matter of the Claim of FRANCES DI GIACOMO, Appellant, v. B & L DRESS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (CCC) In the Matter of the Claim of HILDA HYNDS, Appellant, v. EL DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (DDD) In the Matter of the Claim of ROSE LETO, Appellant, v. LITTLE FLOWER DRESS Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (EEE) In the Matter of the Claim of IRVING MANN, Appellant, v. KISMET GARMENT et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (FFF) In the Matter of the Claim of ANNA FELDMAN, Appellant, v. SAMUEL BLOOM et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (GGG) In the Matter of the Claim of JENNY FERLAUTO, Appellant, v. MIRABELLI DRESS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (HHH) In the Matter of the Claim of FRANCES HYATT, Appellant, v. SUPREME DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (III) In the Matter of the Claim of JACK KABOT, Appellant, v. M. GOLLOMP & SONS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (JJJ) In the Matter of the Claim of YOLANDA OBY, Appellant, v. JULIA MARTIN, LTD., et al.,

Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (KKK) In the Matter of the Claim of ASSUNTA SPINELLI, Appellant, v. ACE DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (LLL) In the Matter of the Claim of FRIEDA TRARKUS, Appellant, v. AHLGO DRESS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (MMM) In the Matter of the Claim of MINNIE WESNNER, Appellant, v. LUMAR DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (NNN) In the Matter of the Claim of PAULINE ELLEN-BERG, Appellant, v. TRIO STYLES et al., Respondents. WORKMEN'S COMPEN-SATION BOARD, Respondent. (OOO) In the Matter of the Claim of ANNA FERRARO, Appellant, v. PRAISE DRESS COMPANY et al., Respondents. WORK-MEN'S COMPENSATION BOARD, Respondent. (PPP) In the Matter of the Claim of KITTY GOLDWASSER, Appellant, v. LEIB & KING et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (QQQ) In the Matter of the Claim of SONIA GROSSEL, Appellant, v. WM. HEIT & SON et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (RRR) In the Matter of the Claim of GAYE LEVY, Appellant, v. DAINTY DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (SSS) In the Matter of the Claim of VINCENZA LODATO, Appellant, v. SUSAN FROCKS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (TTT) In the Matter of the Claim of NANCY P. LUPO, Appellant, v. ARTISTIC DRESS HOUSE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (UUU) In the Matter of the Claim of YVONNE MAGUIRE, Appellant, v. MAGRAM DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (VVV) DANTE TESTA, Appellant, v. ROY HUNT et al., Respondents. (WWW) In the Matter of the Claim of SANDRA A. MEYERSON, Appellant, v. BOARD OF EDUCATION OF THE LONG BEACH CITY SCHOOL DISTRICT et al., Respondents. WORKMEN'S COMPEN-SATION BOARD, Respondent. (XXX) In the Matter of the Claim of IRVING STREICHER, Appellant, v. THREE STAR FLOWER & NOVELTY Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each proceeding] Motion to dismiss appeals granted by default, without costs.

■ (A) JOSEPH S. RESNICK et al., Plaintiffs, v. HARRY BECKERMAN et al., Defendants. HARRY BECKERMAN, Plaintiff, v. JOSEPH RESNICK et al., Defendants. (B) MARGUERITE KLUZ, Respondent, v. WERNER BOLDT, Appellant. (C) EDGAR O. JONES et al., Plaintiffs, v. ELIZABETH A. KIRKPATRICK et al., Defendants. ELIZABETH A. KIRKPATRICK et al., Plaintiffs, v. EDGAR O. JONES et al., Defendants. (D) JAMES PECKHAM et al., Respondents, v. RAYMOND J. WILSON et al., Appellants. (E) In the Matter of Arbitration between SEALTEST FOODS DIV. OF NATIONAL DAIRY PRODUCTS CORP.— ALBANY PLANT, Respondent, and MILK, ICE CREAM DRIVERS AND DAIRY EMPLOYEES LOCAL UNION No. 787, Appellant. (F) In the Matter of Arbitration between SEALTEST FOODS DIV. OF NATIONAL DAIRY PRODUCTS CORP.— SCHENECTADY PLANT, Respondent, and MILK, ICE CREAM DRIVERS AND DAIRY EMPLOYEES LOCAL UNION No. 787, Appellant. (G) ELEANOR BELL, Respondent, v. H. M. C. CORP., Appellant. (H) DORIS L. SHOEMAKER, as Administratrix, Respondent, v. TOWN OF GROTON, Appellant. (I) LEO BROAT, Respondent, v. ANNA SAPERSTEIN, Appellant. (J) In the Matter of the Claim of CLARA UNTERBERG, Appellant, v. NEW YORK STATE DEPART-MENT OF LABOR et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (K) MICHAEL LONGO, Appellant, v. GLENS FALLS INSURANCE COMPANY, Respondent.— [In each action] Appeal dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the January 1963 Term on or before December 1, 1962, in which event motions denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONROE BROWN, Appellant, v. R. E. HEROLD, as Director of Dannemora State Hospital, Respond-